IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 16–108 EMC |
| Plaintiff, | **[Proposed] Order To Release Defendant** |
| v. | |
| **Jesus Lopez,** | |
| Defendant. | |

Good cause shown, the defendant Jesus Lopez is ordered released from the custody of U.S. Marshal on May 26, 2026, at 9:00 a.m. and directed to report at the halfway house at 111 Taylor Street where he is to reside for up to 180 days. Mr. Lopez is permitted to leave the halfway house for work, court appearances, meeting with his attorney, and other activities with prior approval of the probation office.

IT IS SO ORDERED.

May 22, 2026
Dated

THOMAS S. HIXSON
United States Magistrate Judge

ORDER TO RELEASE DEFENDANT
*LOPEZ*, CR 16–108 EMC